**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **GLENN TUCKER, Individually, and SUSAN TUCKER, Individually and as Power of Attorney for Christopher Ferrell,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 3:18-cv-00495** |
| **v.** | ) ) | **Judge Aleta A. Trauger** |
| **JON HARVEY POLK,** | ) ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum Opinion, the plaintiffs' Motion for Entry of Default Judgment (Doc. No. 19) is **GRANTED**, and judgment **SHALL** be entered against defendant Jon Harvey Polk on the plaintiffs' claim for conversion in the amount of $111,000 in compensatory damages and $100,000 in punitive damages. In addition, the plaintiffs are awarded prejudgment interest at the rate 6.35% on the compensatory damages award, running from June 7, 2015 through the date judgment is entered in this case. Costs are taxed against the defendant.

The plaintiffs' claims for intentional misrepresentation and tortious interference with contract are **DISMISSED**.

This is the final order in this case. The Clerk shall enter judgment consistent with this order. Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge